JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Metropolitan Group Property
& Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ELIZARRARAS, individually,<br><br>　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATION XI through XX, inclusive,<br><br>　　Defendants. | CASE NO.: 2:18-cv-02186<br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION**<br><br>ECF No. 13 |

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JORGE ELIZARRARAS, by and through his attorney, ALISON M. BRASIER, ESQ. and Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY, by and through its attorney, JOHN T. KEATING, of the law firm of KEATING LAW GROUP, to resolve by private binding arbitration any and all disputes including but not limited to liability, causation, bodily injury and property damage arising from a motor vehicle accident which occurred on or about January 11, 2017 in Clark County, Nevada.

| | |
|---|---|
| DATED this \_\_ day of April, 2019. | DATED this \_\_ day of April, 2019. |
| KEATING LAW GROUP | HICKS & BRASIER, PLLC |
| By: /s/ JOHN T. KEATING<br>Nevada Bar No.: 6373<br>9130 W. Russell Road, Ste. 200<br>Las Vegas NV 89148<br>Attorney for Defendant<br>*Metropolitan Group Property & Casualty Insurance Company* | By: /s/ ALISON M. BRASIER, ESQ.<br>Nevada Bar No. 10522<br>4101 Meadows Lane, Ste. 210<br>Las Vegas NV 89107<br>Attorney for Plaintiff<br>*Jorge Elizarraras* |

## ORDER

Based on the parties' stipulation for private binding arbitration **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice to the parties' resolution of this matter by private binding arbitration. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: 4-17-19

Respectfully Submitted by:

KEATING LAW GROUP

/s/
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Metropolitan Group Property & Casualty Insurance Company*